UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN TOHIDI,	: | |
|       Plaintiff,	: | |
|       	: | |
| v.	: | No. 5:24-cv-0591 |
|       	: | |
| CITY OF READING POLICE DEPARTMENT,	: | |
|       Defendant.	: | |

## O R D E R

**AND NOW**, this 1st day of April, 2024, upon consideration of the Motion to Dismiss filed on March 14, 2024, and of Plaintiff's Amended Complaint filed on March 29, 2024, **IT IS HEREBY ORDERED THAT:**

The Motion to Dismiss, ECF No. 8 is **DENIED as moot**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge