UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN TOHIDI,<br>   Plaintiff,<br><br>  v.<br><br>CITY OF READING POLICE DEPARTMENT,<br>   Defendant. | :<br>:<br>:<br>:   No. 5:24-cv-0591<br>:<br>:<br>: |

# **O R D E R**

**AND NOW**, this 13th day of June, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss, ECF No. 11, is **GRANTED in part** and **DENIED in part** as follows:

    A. Counts II and VII are dismissed with prejudice.

    B. The Motion to Dismiss is denied in all other respects.

2. **Within fourteen (14) days of the date of this Order**, Defendant shall file an answer to the Amended Complaint. *See* Fed. R. Civ. P. 12(a)(4)(A).

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge